**Ronald A. SEARS, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 03–3180.

United States Court of Appeals, Federal Circuit.

May 17, 2004.

Phyllis Jo Baunach, Principal Attorney, Brian M. Simkin, Harold D. Lester, Jr., David M. Cohen, R. David Gale, Jr., of Counsel, Department of Justice, Washington, DC, for Respondent.

Sandra Mazliah, Principal Attorney, Joseph V. Kaplan, Passman & Kaplan, Washington, DC, for Petitioner.

Before NEWMAN, MICHEL, and SCHALL, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36